# Unclaimed Funds

Entered 9/15/2009 to 9/15/2009

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 04-10003 15075735 | Quick Pay Day 87 East 1400 North Logan, UT 84341 84341 | 26.77 | 09/15/2009 |
| 07-17084 17147712 | Henry Edwards 14 Addison Ave., #1 Brockton, MA 02301 02301 | 417.00 | 09/15/2009 |
| 08-16990 17147713 | Kathryn Maloney 1101 Thayer St. Abington, MA 02351 02351 | 2,074.00 | 09/15/2009 |
| 08-19396 17147729 | Patricia Hall 20 Ash St. Dedham, MA 02026 02026 | 91.00 | 09/15/2009 |
| 08-19888 17147731 | Robert Barrett 93 Chopteague Lane Marstons Mills, MA 02648 02648 | 1,089.00 | 09/15/2009 |

**Grand Total: 3,697.77**